IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-20141
Conference Calendar
_____

WILLIAM ROBERT PARKER,

Plaintiff-Appellant,

versus

TEXAS DEP'T OF CRIMINAL JUSTICE,
INSTITUTIONAL DIV.; TEXAS BOARD
OF PARDONS & PAROLES,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CA-H-95-5741
- - - - - - - - - -
April 16, 1996

Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

William Robert Parker appeals the dismissal as frivolous of his civil rights complaint. He does not challenge the district court's imposition of sanctions. Therefore, that issue is deemed abandoned on appeal. See Eason v. Thaler, 14 F.3d 8, 9 n.1 (5th Cir. 1994).

For essentially the same reasons on which the district court relied, we conclude that the court did not abuse its discretion

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

in dismissing Parker's complaint as frivolous.  <u>See</u> <u>Parker v. Texas Dep't of Criminal Justice - Institutional Div.</u>, No. H-95-5741 (S.D. Tex. Jan. 30, 1996).

This appeal is frivolous.  <u>See</u> 5th Cir. R. 42.2.  This opinion does not lessen the warning of sanction given to Parker on this day in <u>Parker v. Highland Ins.</u>, No. 96-20118.  We again caution Parker as to the consequences if he continues to waste judicial resources by bringing frivolous appeals.

APPEAL DISMISSED.  ADMONITION ISSUED.